# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) CRIMINAL NO. 21-CR-340 (DLF) |
| | ) |
| v. | ) |
| | ) |
| **JORGE ELIECER FLOREZ ALVAREZ,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The United States respectfully submits this motion, with consent of the defendant, to continue the sentencing hearing scheduled for July 16, 2024, until September 6, 2024, to allow the parties sufficient time to prepare.

Respectfully submitted this 26th day of June, 2024.

                                        Marlon Cobar, Chief
                                        Narcotic and Dangerous Drug Section
                                        Criminal Division
                                        U.S. Department of Justice

By:      / s / *Kate Naseef*
                                        Kate Naseef
                                        Imani Hutty
                                        Trial Attorneys
                                        Narcotic and Dangerous Drug Section
                                        Criminal Division
                                        U.S. Department of Justice
                                        Washington, D.C. 20530
                                        Telephone: (202) 514-0917

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF, to counsel of record for the Defendant, this 26th day of June, 2024.

By:    / s / *Kate Naseef*
      Kate Naseef
      Trial Attorney
      Narcotic and Dangerous Drug Section
      Criminal Division
      U.S. Department of Justice